IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES A. KINSEY,                          No. C-12-1167 TEH (PR)

        Plaintiff,                     ORDER OF DISMISSAL

       v.

MATTHEW CATE, et al.,

        Defendants.
_____/

On March 8, 2012, Plaintiff filed this pro se civil rights action pursuant to 42 U.S.C. § 1983. Doc. #1. That same day, the Court Clerk notified Plaintiff in writing that his action was deficient because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved in forma pauperis application. See 28 U.S.C. § 1915(a)(2). Doc. #2. Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Doc. #2. On April 4, 2012, the Court granted Plaintiff an extension of time to either pay the filing fee or file a complete in forma pauperis application. Doc. #5. The deadline has passed, and

1  Plaintiff has not paid the filing fee, filed a complete <u>in forma
2  pauperis</u> application or explained his failure to do so.
3  Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  <u>See</u> Fed.
4  R. Civ. P. 41(b).  The Clerk shall terminate any pending motions as
5  moot and close the file.
6           IT IS SO ORDERED.

8  DATED    _05/09/2012_                  _____
                                          THELTON E. HENDERSON
9                                         United States District Judge

11 G:\PRO-SE\TEH\CR.12\Kinsey-12-1167-dismissal-ifp.wpd

**2**